UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
FEDERAL EXPRESS CORPORATION,

        Plaintiff,                            Case No. 25-cv-10053

        v.                                **NOTICE OF REMOVAL**

MICHAEL J. LINDELL,

        Defendant.
-----------------------------------------------------------------------X

Defendant Michael J. Lindell ("Defendant"), hereby removes the above-captioned action from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  In support of removal, Defendants state the following:

**STATE COURT ACTION**

On or about October 17, 2025, Plaintiff Federal Express Corporation ("Plaintiff"), filed a Summons and Notice of Motion for Summary Judgment in Lieu of Complaint, pursuant to CPLR § 3213 (the "CPLR 3213 Motion") in the Supreme Court of the State of New York, County of New York, captioned *Federal Express Corporation v. Lindell*, ("State Court Action"), Index No. 659206/2025, asserting a claim based on a purported foreign judgment obtained by default, which in turn is purported to have been based on a complaint sounding in breach of contract, unjust enrichment, and fraud.  Defendant has not been served with the papers in the State Court Action (and the docket does not purport to indicate otherwise), but Defendant did receive copies of the papers on November 25, 2025.

## **JURISDICTION**

The State Court Action is removable under 28 U.S.C. § 1441(a), which provides that an action brought in state court of which the district courts have original jurisdiction may be removed to the district court embracing the place where such action is pending.

The Court has original jurisdiction over the State Court Action under 28 U.S.C. § 1332. According to Plaintiff in the State Court Action, Plaintiff is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located in the State of Tennessee.  Plaintiff further avers, upon information and belief, that Defendant is a natural person who is a citizen of and domiciled in the State of Minnesota, and who may be served in the State Texas.  There is therefore complete diversity of the parties

Plaintiff seeks damages of $2,677,933.31, along with prejudgment and post-judgment interest, all fees and expenses (including costs of suit and attorneys' fees), Defendant contests liability and damages, satisfying the amount in controversy requirement under 28 U.S.C. § 1332(a).

## **PROCEDURAL REQUIREMENTS**

Copies of all process, pleadings, and papers filed in the State Court Action to date are attached as **Exhibit A**, in accordance with 28 U.S.C. § 1446(a).  As Defendant received the papers in the State Action less than 30 days ago, the requirements of 28 U.S.C. § 1446(b) have been satisfied.  This notice of removal also complies with the requirement in 28 U.S.C. § 1446(c) that the State Court Action was commenced less than one year ago.  Under 28 U.S.C. § 1446(d), separate copies of this notice of removal are being sent to Plaintiff and filed with the Clerk of the Supreme Court of the State of New York, County of New York.

Counsel for Defendant has read this notice of removal and to the best of his knowledge, formed after reasonable inquiry, it is well-grounded in fact, is warranted by existing law and is not interposed for any improper purpose. This notice of removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE**, Defendant respectfully requests that this action be removed from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York, and that this Court assume jurisdiction over the matter.

Date:   December 3, 2025          Respectfully submitted,
        New York, New York

                                 PARNESS LAW FIRM, PLLC

                                 By:          /s/  Hillel I. Parness
                                 Hillel I. Parness (HP-1638)
                                 136 Madison Ave., 6th Floor
                                 New York, NY  10016
                                 (212) 447-5299
                                 hip@hiplaw.com
                                 *Attorneys for Defendant Michael J. Lindell*

3