UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Federal Express Corporation,

                    Plaintiff,

        - against -

Michael J. Lindell,

                    Defendant.

25-cv-10053 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference on **Tuesday, March 17, 2026**, at **4:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           February 27, 2026

                                John G. Koeltl
                        United States District Judge