UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL EXPRESS CORPORATION,

                    Plaintiff,                    25-cv-10053 (JGK)

          - against -                             ORDER

MICHAEL J. LINDELL,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

     The plaintiff shall file a complaint and a motion for summary judgment by **March 31, 2026.** The defendant shall respond by **April 21, 2026.** The plaintiff shall reply by **May 1, 2026.**

     The conference scheduled for April 15, 2026, is **canceled.**

SO ORDERED.

Dated:    New York, New York
          March 17, 2026

                                        _____
                                             John G. Koeltl
                                        United States District Judge