UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FEDERAL EXPRESS CORPORATION,

                              Plaintiff(s)

                                                                            25 civ 10053 (JGK)

              -against-

MICHAEL J. LINDELL,

                              Defendant(s).
-------------------------------------------------------------X

**ORDER**

The conference for Wednesday, April 15, 2026, at 2:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 9, 2026