UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. LINDELL,<br><br>Defendant. | **Case No. 25-cv-10053**<br><br>**DECLARATION OF JEREMIAH PILON** |

STATE OF MINNESOTA )
)SS.
COUNTY OF CARVER )

I, Jeremiah Pilon, state as follows:

1. I am General Counsel of My Pillow, Inc. ("My Pillow"). I submit this declaration in support of Defendants' Motion to Vacate the Default Judgments. This declaration is based upon my own personal knowledge.

2. I am aware that Plaintiff Federal Express Corporation ("FedEx") claims that, in March of 2025, Joe Schmieg, My Pillow's vice president of sales, signed for FedEx's initial Complaint on behalf of My Pillow. I was not aware of this initial Complaint until after FedEx began its collection efforts, and it is my understanding that neither My Pillow nor Michael J. Lindell ("Lindell") were ever made aware of this Complaint until after FedEx had obtained default judgments against My Pillow and Lindell and began its collection activities.

3. Schmieg is not an executive officer of My Pillow because he has never been elected by My Pillow's Board of Directors, as required by My Pillow's bylaws. It is my understanding that Schmieg has never had any executive responsibilities; he makes no strategic decisions, and he is not and never has been authorized to bind My Pillow or to accept service of

process on behalf of My Pillow. I am also aware that My Pillow has never appointed or otherwise authorized Schmieg to accept service on behalf of My Pillow.

4. I never learned about, or received, FedEx's First Amended Complaint, its motion for default, its motion for default judgment, or the entry of the default and default judgment, or any other documents, notifications, or filings in this matter until after FedEx began its collection efforts.

5. I understand that FedEx has certified that it mailed its Motion for Entry of Default Judgment to My Pillow and Lindell. I did not receive those mailings, and it is my understanding that no one else at My Pillow received those mailings.

6. My Pillow and Lindell would have responded timely if My Pillow, Lindell, or I had been aware of the pending default and subsequent default judgment. We were not.

7. In Paragraph 15 of FedEx's First Amended Complaint, FedEx states that it is quoting from a letter I wrote. I believed that all of the statements I set forth in that letter to be true at the time I wrote that letter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2026 s/Jeremiah Pilon