UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. LINDELL,<br><br>Defendant. | **Case No. 25-cv-10053**<br><br>**DECLARATION OF JOE SCHMIEG** |

STATE OF MINNESOTA )
)SS.
COUNTY OF CARVER )

I, Joe Schmieg, state as follows:

1. I am an employee of My Pillow, Inc. ("My Pillow"). I submit this declaration in support of Defendants' Motion to Vacate the Default Judgments. This declaration is based upon my own personal knowledge.

2. I am the vice-president of sales for My Pillow. I am not an executive or corporate officer of My Pillow. I have never been elected by the Board of Directors of My Pillow to any executive or corporate officer position. I have never had any executive responsibilities at My Pillow. I do not make any strategic or executive decisions for My Pillow. I am not authorized to bind My Pillow or accept service of process on behalf of My Pillow. I have never been appointed or otherwise authorized to accept service on behalf of My Pillow.

3. I understand that Federal Express Corporation claims that I signed for a complaint on behalf of My Pillow. I am not and have never been authorized to sign for any court or other legal documents on behalf of My Pillow.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2026. s/Joe Schmieg