UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. LINDELL,<br><br>Defendant. | **Case No. 25-cv-10053**<br><br>**DECLARATION OF BARBARA PODLUCKY BERENS** |

STATE OF MINNESOTA )
)SS.
COUNTY OF HENNEPIN )

I, Barbara Berens, state as follows:

1. I am a partner in the law firm Berens Miller P.A. and an attorney who represents Defendants My Pillow, Inc. and Michael J. Lindell. I submit this declaration in support of Defendants' Motion to Vacate Default Judgments.

2. Attached hereto as Exhibit A is a true and correct copy of *Q&A: Arctic Frost With U.S. Senator Chuck Grassley* (Oct. 17, 2025), which is located at https://www.grassley.senate.gov/news/news-releases/qanda-arcticfrost#:~:text= Q:%20What%20is%20.

3. Attached hereto as Exhibit B is a true and correct copy of Cheryl Teh, *Mike Lindell Says Walmart Is 'Canceling' Him and Pulling His Products*, BUSINESS INSIDER June 16, 2022, which is located at https://www.business insider.com/mike-lindell-says-walmart-is-canceling-him-pulling-his-products-2022-6.

4. Attached hereto as Exhibit C is a true and correct copy of the Subpoena Tracker List, compiled by Senate Judiciary Committee Staff, which is located at https://www.grassley.senate.gov/imo/media/doc/arctic_frost197_subpoena_tracker_ compiled_by_sjc_staff.pdf.

5. Attached hereto as Exhibit D is a true and correct copy of Kwan Wei Kevin Tan, *Mike Lindell Says American Express Slashed MyPillow's Credit Line*, BUSINESS INSIDER, Sept. 27, 2023, which is located at https://www.businessinsider.com/mike-lindell-says-american-express-slashed-mypillow-credit-line-2023-9.

6. Attached hereto as Exhibit E is a true and correct copy of Steve Karnowski, *Fox News stops running MyPillow commercials in a payment dispute with election denier Mike Lindell*, The Associated Press, Jan. 12, 2024, which is located at https://apnews.com/article/ mile-lindell-mypillow-fox-news-election-denier-437fd518ce33eb2f8ee22588bd6a5ed8.

7. Attached hereto as Exhibit F is a true and correct copy of Giulia Carbonaro, *Mike Lindell Insists MyPillow Is Not Going Out of Business*, NEWSWEEK, Oct. 27, 2023, which is located at https://www.newsweek.com/mike-lindell-insists-mypillow-not-going-out-business-1838612.

8. Attached hereto as Exhibit G is a true and correct copy of the U.S. Senate Committee on the Judiciary, Press Release: *NEW: Jack Smith Subpoenaed Records for Over 400 Republican Targets As Part of Arctic Frost*, Oct. 29, 2025, which is located at https://www.judiciary. senate.gov/press/rep/releases/new-jack-smith-subpoenaed-records-for-over-400-republican-targets-as-part-of-arctic-frost.

9. On February 27, 2025, FedEx filed a complaint (the "Original Complaint") against My Pillow in the United States District Court for the Western District of Tennessee,

Western Division. Attached hereto as Exhibit H is a true and correct copy of the Original Complaint.

10. On June 6, 2025, FedEx filed a First Amended Complaint (the "First Amended Complaint") against both My Pillow and Lindell. Attached hereto as Exhibit I is a true and correct copy of the First Amended Complaint.

11. On May 12, 2026, Defendant moved to vacate the default judgment against him secured by FedEx in Tennessee. Attached hereto as Exhibit J are true and correct copies of those papers.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2026

s/Barbara Podlucky Berens

Barbara Podlucky Berens