# EXHIBIT B

NEWS

# Mike Lindell says Walmart, MyPillow's biggest distributor, is 'canceling' him and pulling his pillows from its stores: 'Shame on you, Walmart!'

By Cheryl Teh + Follow



Hyoung Chang/MediaNews Group/The Denver Post via Getty Images

Jun 17, 2022, 3:11 AM CT

Share Save

EXHIBIT B

Mike Lindell, the CEO of MyPillow, has accused Walmart of "canceling" him by pulling his company's pillows from the retailer's shelves.

In a call with Insider on Thursday night, Lindell described a Zoom meeting in which he said a Walmart representative told him the company would start selling MyPillow products only online and not in stores.

"They dropped MyPillow, and it really hurt my employees because they were our biggest distributor," Lindell said. "They were by far and away number one."

Lindell then called Walmart "absolutely disgusting" while describing his pillows as "one of the top-selling products in the history of Walmart."

During his conversation with Insider, Lindell said he heard MyPillow products would not be sold in Walmart stores about two weeks ago after returning from flying "all over the country" to deal with "the election stuff."

**Discover Level Up**

Take smart steps toward the goals you've been thinking about.

Try it now

Lindell said he got on a Zoom call with a Walmart representative in which he proposed lowering the price of his pillows. He said the representative didn't get back to him for a week, after which his company was told Walmart was going to "drop MyPillow."

"I tell them what I'm offering them, and I'm saying: 'Why are you doing this? Why are you kicking us out and canceling us?'" Lindell said. "When we were your biggest product, the biggest of all time!"

Lindell said the Walmart representative also told him his pillows didn't meet the retailer's customer-satisfaction criteria.

Walmart's website shows "ratings" for each product it sells. As of press time, the MyPillow Classic Bed Pillow had 3.3 stars, based on 2,084 reviews.

"I said, 'Shame on you, Walmart. You have over 10,000 vendors from China. I make all my pillows in Minnesota," Lindell said. "I was so upset. I shut the computer."

Lindell told Insider that Walmart would "never get to sell MyPillows again." "What they did is inexcusable! It's cancel culture, and you don't get to come back," he added.

A Walmart representative confirmed to Insider that MyPillow products would no longer be carried in stores but would continue to be available online.

Other retailers have similarly distanced themselves from Lindell. In April 2021, Costco pulled MyPillow's products, as did Bed Bath & Beyond, QVC, JCPenney, and Wayfair.

In February, Lindell also told Insider one of his banks had cut ties with him, citing him as a "reputation risk."

Lindell continues to be highly involved in pushing former President Donald Trump's false claims of voter fraud. This week, he told Insider he tried to secure a spot to publicly testify before the House panel investigating the Capitol riot but said the panel

This story is available exclusively to Business Insider subscribers. Become an Insider and start reading now.
Have an account? Log in.