# EXHIBIT D

# Mike Lindell Says American Express Slashed MyPillow's Credit Line

BI www.businessinsider.com/mike-lindell-says-american-express-slashed-mypillow-credit-line-2023-9

Kwan Wei Kevin Tan September 27, 2023



MyPillow CEO Mike Lindell Octavio Jones via Getty Images

- Mike Lindell said MyPillow was left crippled after American Express slashed their credit line.
- "No reason, no explanation, just dropped it down last Tuesday," he said on the "War Room" podcast.
- A Minnesota bank previously terminated Lindell as a client after calling him a "reputation risk."

MyPillow CEO Mike Lindell said that his company has been crippled by American Express's decision to slash its credit line.

"Steve, we really need everybody's help right now. We have things going on I'm going to let you all know this week," Lindell told fellow Trump ally Steve Bannon on the latter's "War Room" podcast on Monday.

EXHIBIT D

Lindell said on the podcast that a sudden reduction in MyPillow's credit line with American Express was seriously affecting the company. Lindell told Bannon that MyPillow had been using American Express's services for the past 15 years.

"Out of the blue, they took our credit line from a million dollars down to $100,000," Lindell said. "Just cripples MyPillow. No reason, no explanation, just dropped it down last Tuesday."

A spokesperson for American Express told Insider that they weren't able to address Lindell's claims directly.

"We can't comment on specific customer accounts or applications, but I can tell you that American Express does not make customer decisions based on personal views or political affiliations," the spokesperson said.

This isn't the first time Lindell has had trouble securing credit for his company.

In February 2022, Lindell was terminated as a client by the Minnesota Bank & Trust a month after the bank called him a "reputation risk."

The pillow magnate has been a staunch advocate of former President Donald Trump's groundless election fraud claims. Lindell's avowed support for Trump, however, has greatly impacted his pillow business.

In July, Lindell auctioned off equipment from his pillow factory in Minnesota. Lindell said at the time that he was hawking equipment after the company lost more than $100 million in retail sales.

Lindell is also fending off a billion-dollar defamation lawsuit from voting technology company Dominion Voting Systems, and another from Smartmatic over claims that he made about both companies' role in the 2020 election.

Representatives for MyPillow did not immediately respond to a request for comment from Insider sent outside regular business hours.

***Editor's note: September 28, 2023 — This story has been updated with comments from an American Express representative.***