# EXHIBIT F

News Article

# Mike Lindell Insists MyPillow Is Not Going Out of Business

PUBLISHED UPDATED

OCT 27, 2023 AT 11:57 AM EDTOCT 27, 2023 AT 04:29 PM EDT



MyPillow CEO Mike Lindell greets guests at the Trump National Golf Club on June 13 in Bedminster, New Jersey. Despite recent statements suggest **Read More** | *Spencer Platt/Getty Images/Spencer Platt/Getty Images*

EXHIBIT F

Prefer Newsweek on Google to see more of our trusted coverage when you search.

Despite recent statements suggesting the contrary, Mike Lindell insisted on Thursday that his business, MyPillow, is not about to go out of business.

Lindell owes much of his fame and capital to the founding of the company, which sells a special pillow filled with interlocking pieces of shredded foam. However, he has recently come under the spotlight for the struggle he's facing funding his legal defense in three defamation cases where he's accused of spreading lies about the 2020 presidential election.

ADVERTISING

Lindell has been a loyal Donald Trump supporter and adviser for years, as well as one of the main people financing the former president's attempts to overturn the results of the 2020 election and spreading claims that it was rigged due to widespread voter fraud. Such claims of electoral fraud, meanwhile, have been repeatedly rejected in court and by independent election experts.

Read More

Ron DeSantis Slammed by Florida's Largest Newspaper in Scathing Article

5 min read





**Mike Lindell Says MyPillow Facing 'Full-Blown Attack'**

4 min read



For his role in spreading these claims, Lindell is now facing defamation cases brought about by voting machine manufacturers Dominion Voting Systems, Smartmatic and Eric Coomer, a former Dominion employee. The voting machine manufactures have argued their reputations were significantly damaged by Lindell's claims. The MyPillow CEO has also said he faces several Internal Revenue Service (IRS) audits.



MyPillow CEO Mike Lindell greets guests before the start of a speech by former U.S. President Donald Trump at the Trump National Golf Club on J **Read More** | *Spencer Platt/Getty Images/Spencer Platt/Getty Images*

Legal processes have left Lindell on the brink of bankruptcy, leading him to say that he "lost everything, every dime." Earlier this month, Lindell told *Newsweek* he hadn't been able to pay his

ADVERTISING

"We haven't been able to pay them [lawyers] for the past couple of months," he said. "These lawyers were courageous. They took on a case where every other lawyer in this country are afraid to take on any case against the electronic voting machines and the evil that's out there. This was a great group of attorneys... and they need to get paid; and if there's no money to pay them, they can't keep going."

Speaking to Jack Posobiec on Real America's Voice on Thursday, Lindell said his company had suffered a few financial blows in the past few months, but was still selling pillows.

"They're attacking my employees," he said. "We're being defunded, debanked, our merchant server...they come after MyPillow in so many ways because they want me silenced about fixing our election platforms or securing them. But at MyPillow we're getting through. For the last four or five months, they turned up the heat on us."

The MyPillow CEO accused the IRS of reaching out to his employees working from home to tell them that it doesn't want them to work on commission from home, and added that American Express debanked them "out of the blue."

ADVERTISING

Debanking happens when a bank closes all of a customer's accounts, making it impossible for the customer to continue operating with them. Minnesota Bank & Trust debanked Lindell last year, Business Insider reported.

"It's an all-out attack, I believe it's really planned. I believe it's whatever they can do to destroy MyPillow. But you know what, everyone responded with sales, everyone is buying our great products," Lindell told Posobiec during their interview.

*Newsweek* contacted MyPillow, the IRS and American Express for comment by email.

Speaking previously with Steve Bannon, former White House senior adviser to Trump and now host of the War Room podcast, Lindell vowed that he would not settle with Dominion and Smartmatic and that he'd "never stop fighting no matter" while reiterating false claims about the 2020 election.

ADVERTISING