# EXHIBIT G

10.29.2025

# NEW: Jack Smith Subpoenaed Records for Over 400 Republican Targets As Part of Arctic Frost

**WASHINGTON** – Senate Judiciary Committee Chairman Chuck Grassley (R-Iowa) today made public 197 subpoenas former Special Counsel Jack Smith and his team issued as part of the indiscriminate election case against President Trump. Smith's case began at the Biden Federal Bureau of Investigation (FBI) under the codename "Arctic Frost."

The subpoenas, which were provided to Grassley through legally protected whistleblower disclosures, were sent to 34 individuals and 163 businesses. These 197 subpoenas requested testimony, communications and records related to at least 430 named Republican individuals and entities. Some of the records Smith subpoenaed from banks, individuals and businesses included:

- Communications with media companies such as CBS, Fox News, Fox Business, Newsmax, Sinclair and others.
- Communications with "any member, employee or agent of the Legislative Branch of the U.S. Government."
- Communications with White House advisors, such as Stephen Miller, Dan Scavino, Jared Kushner, Lara Trump and others.
- Statistical data and analysis relating to donors and fundraising efforts.
- Broad financial data relating to conservative individuals and entities.

Grassley unveiled the subpoenas during a press conference alongside Senate Permanent Subcommittee on Investigations Chairman Ron Johnson (R-Wis.) and members of the Senate Judiciary Committee.

**Grassley at today's press conference said, in part:**

"Arctic Frost was the vehicle by which partisan FBI agents and DOJ prosecutors could improperly investigate the entire Republican political apparatus. Contrary to what [Jack] Smith has said publicly, this was clearly a fishing expedition.

"If this happened to the Democrats, they'd be as rightly outraged as we are.

"We're making these records public in the interest of transparency and so that the American people can draw their own conclusions."

A master list of the organizations and individuals Smith subpoenaed is available HERE, compiled by Senate Judiciary Committee staff.

Copies of Smith's subpoenas can be found HERE.

**Learn more about Grassley's Arctic Frost oversight:**

- October 23, 2025: Grassley Responds to Jack Smith Request for a Hearing
- October 23, 2025: Grassley Reveals Garland, Monaco, Wray Gave Personal Sign-Off to Open Arctic Frost
- October 14, 2025: Grassley Demands Telecommunications Companies, Federal Entities Turn Over All Records Provided to Jack Smith
- October 10, 2025: Grassley and Johnson Lead Colleagues in Seeking Release of All DOJ, FBI Records Detailing Biden Administration's Targeting of Sitting Members of Congress
- October 10, 2025: ICYMI: Grassley Oversight of Arctic Frost Yields Ongoing Results and Draws National Attention
- October 6, 2025: Biden FBI Spied on Eight Republican Senators as Part of Arctic Frost Investigation, Grassley Oversight Reveals
- September 16, 2025: Grassley Opens Senate Judiciary FBI Oversight Hearing, Releases Additional Records Demonstrating Political Weaponization and Misconduct at Biden FBI
- April 8, 2025: Grassley, Johnson Release Additional Arctic Frost Records Detailing Sweeping Anti-Trump Investigation
- March 14, 2025: Grassley, Johnson Release Records Showing FBI Obtained Trump, Pence Cell Phones, Conducted Sweeping Interviews to Advance Anti-Trump Arctic Frost Investigation
- February 3, 2025: Grassley Underscores FBI Supervisor Misconduct in Trump-Targeted Arctic Frost Investigation
- January 30, 2025: Grassley Opening Statement on Kash Patel's Nomination to be FBI Director
- January 30, 2025: Grassley, Johnson Make Public Whistleblower Records Revealing DOJ and FBI Plot to Pin Trump in Jack Smith Elector Case



EXHIBIT G